Michael R. Lindsay, CA Bar No. 110845
Christine A. Cantin, CA Bar No. 211562
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone (213) 576-8000
Facsimile (213) 576-8080

Attorneys for Defendant
EDWARDS THEATRES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, and VALERIE EZELL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>EDWARDS THEATRES, INC., and<br>TURNER SECURITY SYSTEMS, INC.,<br><br>  Defendants. | Case No.: 1:04-cv-06533-SMS<br><br>**SUBSTITUTION OF ATTORNEY**<br>and<br>**ORDER** |

Defendant Turner Security Systems, Inc. hereby substitutes Michael R. Lindsay, Esq. of Thelen Reid & Priest LLP as its attorney of record in this matter in place of James W. Peel, Esq. of Brown & Peel LLP.

I consent to this substitution.

Dated: May 9, 2005

                                TURNER SECURITY SYSTEMS, INC.

                                By  /s/ Gary Gannon (signature attached; original retained by attorney)

I consent to this substitution

1

Dated: May 6, 2005       BROWN & PEEL LLP

                                    By    /s/ James W. Peel, Esq. (signature attached)
                                          James W. Peel


I accept this substitution


Dated: May 5, 2005       THELEN REID & PRIEST LLP

                                    By    /s/ Michael R. Lindsay, Esq. (signature attached)
                                          Michael R. Lindsay


IT IS SO ORDERED.

**Dated:   May 16, 2005**           **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE