BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, et al., | Case No. 1:04-CV-06533-SMS |
| Plaintiffs, | JOINT APPLICATION AND STIPULATION RE CONTINUING SETTLEMENT CONFERENCE; ORDER |
| vs. | |
| EDWARDS THEATRES, INC., et al., | |
| Defendants. | |

The parties hereby apply for and stipulate to issuance of an order continuing the settlement conference in this matter from Monday, June 6, 2005, to the first available date after July 10, 2005.  A proposed order appears at the end of this application.

There is good cause to grant this application for the following reasons:  This conference was originally set for June 1, 2005.  On the Court's own initiative, the conference was continued to June 6, 2005.  On that date, both plaintiffs' counsel are set to appear in Los Angeles at a pretrial conference in <u>Inland Mediation Board v. City of Pomona</u>, appearing before Judge Florence-Marie Cooper.  Following that conference, both plaintiffs' counsel will be either preparing for trial or in trial in that matter.  Plaintiffs' counsel anticipate that the trial will be completed by the

first week of July 2005. Therefore, they request that a new date be set after July 10, 2005.

So stipulated.

Dated: May ____, 2005.

      Respectfully submitted,

      BRANCART & BRANCART


/s _____
Elizabeth Brancart
Attorneys for Plaintiffs

THELEN, REID & PRIEST, LLP


/s _____
Christine A. Cantin
Attorneys for Defendants

\* \* \* \* \* \* \*

ORDER

Based upon the foregoing application, and good cause appearing therefor, IT IS HEREBY ORDERED that the settlement conference in this matter is continued from June 6, 2005, to August 1, 2005, starting at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   May 26, 2005**   **/s/ Dennis L. Beck**
3b142a       UNITED STATES MAGISTRATE JUDGE