1  BRANCART & BRANCART
2    Christopher Brancart (SBN 128475)
     Elizabeth Brancart (SBN 122092)
3  Post Office Box 686
   Pescadero, CA 94060
   Tel:  (650) 879-0141
4  Fax:  (650) 879-1103

5  Attorneys for Plaintiffs

6
7
8              UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **MICHELLE EZELL, et al.,** | Case No. 1:04-CV-06533-SMS |
| Plaintiffs, | **JOINT APPLICATION AND STIPULATION RE CONTINUING SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| **EDWARDS THEATRES, INC., et al.,** | |
| Defendants. | |

The parties hereby apply for and stipulate to issuance of an order continuing the settlement conference in this matter from August 1, 2005, to November 8, 2005. A proposed order appears at the end of this application.

There is good cause to grant this application for the following reasons: This conference was originally set for June 1, 2005. On the Court's own initiative, the conference was continued to June 6, 2005. At the request of the parties, the conference was moved to August 1, 2005, to accommodate plaintiffs' counsel trial schedule. The parties request this further continuance to allow additional discovery to take place prior to meeting for a settlement conference. The parties have been working with Magistrate Judge Sandra Snyder to resolve their discovery disputes, and a continuance of the settlement conference should enable the parties to conduct the

1 discovery needed prior to meaningful settlement negotiations. Therefore, they
2 request that the settlement conference be continued until November 8, 2005.
3     So stipulated.
4     Dated: July __, 2005.

Respectfully submitted,

BRANCART & BRANCART

/s
Elizabeth Brancart
Attorneys for Plaintiffs

THELEN REID & PRIEST LLP

/s
Christine A. Cantin
Attorneys for Defendants

\* \* \* \* \* \* \*

[PROPOSED] ORDER

Based upon the foregoing application, and good cause appearing therefor, IT IS HEREBY ORDERED that the settlement conference in this matter is continued from August 1, 2005, to November 8, 2005, starting at 10:00 a.m.

IT IS SO ORDERED.

**Dated:     July 26, 2005**          **/s/ Dennis L. Beck**
3b142a          UNITED STATES MAGISTRATE JUDGE