BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, et al., | Case No. 1:04-CV-06533-SMS |
| Plaintiffs, | **ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| EDWARDS THEATRES, INC., et al., | |
| Defendants. | |

Based upon plaintiffs' motion for protective order, the joint statement of discovery dispute filed by counsel, and the arguments of counsel at a hearing conducted by the Court on January 26, 2006,

IT IS HEREBY ORDERED that the motion for protective order is granted without prejudice to defendants to renew their motion to compel compliance with their subpoena to Public Interest Investigations upon the showing of good cause therefor.

IT IS SO ORDERED.

**Dated:   February 6, 2006**            **/s/ Sandra M. Snyder**
icido3                         UNITED STATES MAGISTRATE JUDGE