1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103

5  Attorneys for Plaintiffs

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MICHELLE EZELL, et al., | Case No. 1:04-CV-06533-SMS |
| 12      Plaintiffs, | **JOINT APPLICATION AND STIPULATION RE MODIFICATION OF SCHEDULING CONFERENCE ORDER; ORDER** |
| 13      vs. | |
| 14  EDWARDS THEATRES, INC., et al., | |
| 15      Defendants. | |

18   The parties hereby apply for and stipulate to issuance of an order modifying the
19 Scheduling Conference Order by vacating the current litigation dates and extending
20 those dates for five weeks as follows:

21   Discovery Deadline:                                  August 25, 2006
22   Non-Dispositive Motion Filing Deadline:              September 1, 2006
23   Dispositive Motion Filing Deadline:                  September 8, 2006
24   Pre-Trial Conference Date:                           October 5, 2006
25   Trial Date:                                          November 13, 2006

26 The settlement conference date of September 14, 2006, remains the same.

27   There is good cause to grant this request for the following reasons:   After
28 motions to compel and discovery conferences with this Court, the parties' disputes

1  regarding interrogatories and requests for production of documents were resolved and
2  defendants supplemented their discovery responses.  With that documentary
3  discovery in hand, the parties will be taking their previously noticed depositions.
4  Those depositions were not able to be scheduled in June because plaintiffs' counsel
5  was engaged in trial in the Central District of California for most of the month and
6  defendants' counsel's wedding took place during that time.  The parties wish to
7  extend the litigation deadlines out for five weeks to enable them to complete discovery
8  and to attend the settlement conference scheduled for September 14, 2006, prior to
9  commencing trial preparation.
10      So stipulated.
11                                      Respectfully submitted,
12  Dated:  July 11, 2006.              BRANCART & BRANCART
13
14                                      /s/ Elizabeth Brancart
                                        Elizabeth Brancart
15                                      Attorneys for Plaintiffs
16  Dated:  July 11, 2006.              THELEN REID & PRIEST , LLP
17
18                                      /s/ Christine A. Cantin
                                        Christine A. Cantin
19                                      Attorneys for Defendants
20                  *   *   *   *   *
21
22
23                              **ORDER**
    Based upon the foregoing joint application, and good cause appearing
24
    therefor, IT IS HEREBY ORDERED that the litigation schedule is modified as
25
    follows:
26
    Discovery Deadline:                        August 25, 2006
27
    Non-Dispositive Motion Filing Deadline:    September 1, 2006
28

| | |
|---|---|
| Dispositive Motion Filing Deadline: | September 8, 2006 |
| Pre-Trial Conference Date: | October 5, 2006 @ 1:30pm |
| (was 8/31/06 at 1:30pm) | Judge Snyder |
| | |
| Jury Trial Date: | November 13, 2006 @ 9:00am |
| (was 10/16/06 at 9:00am) | Judge Snyder |

The Settlement Conference date of September 14, 2006 at 10:00a.m. before Judge Beck, remains the same.

IT IS SO ORDERED.

Dated:   **July 17, 2006**              /s/ **Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE