BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE EZELL, et al.,** | Case No. **1:04-CV-06533-SMS** |
| Plaintiffs, | **JOINT APPLICATION AND STIPULATION RE MODIFICATION OF SCHEDULING CONFERENCE ORDER;** |
| vs. | |
| **EDWARDS THEATRES, INC., et al.,** | **ORDER** |
| Defendants. | |

The parties hereby apply for and stipulate to issuance of an order modifying the Scheduling Conference Order by vacating the current litigation dates and extending those dates for approximately 60 days as follows:

| | |
|---|---|
| Discovery Deadline: | October 27, 2006 |
| Non-Dispositive Motion Filing Deadline: | November 3, 2006 |
| Dispositive Motion Filing Deadline: | November 10, 2006 |
| Pre-Trial Conference Date: | December 7, 2006 |
| Trial Date: | January 15, 2007 |

In addition, the parties request that the settlement conference set for September 14, 2006, with the Honorable Dennis L. Beck be continued to October 30, 2006, at

10:00 a.m. This date has been cleared with Judge Beck's chambers. The parties believe that this will provide them with adequate time to complete the depositions necessary to engage in a meaningful settlement conference, while also allowing the conference to take place prior to engaging in dispositive motions and pre-trial preparation.

There is good cause to grant this request for the following reasons: The depositions of the parties and percipient witnesses that have previously been noticed have not yet taken place. Despite counsel's diligence, scheduling conflicts have prohibited these depositions from being scheduled. At this time, the scheduling constraints continue for the next few weeks because plaintiffs' counsel is scheduled to be on vacation. The parties have agreed that the depositions of plaintiff Michelle Ezell, plaintiff Valerie Ezell, Tim Funaoka, Stephen Vidrio, Ralph Smith, J. DeMoss, and defendants Turner Security and Edwards Theatres, Inc., will be conducted during the week September 11 through 15, 2006.

Accordingly, the parties wish to extend the litigation deadlines by approximately 60 days, and the settlement conference by approximately 30 days, in order to allow them to complete discovery and engage in a meaningful settlement conference prior to commencing work on dispositive motions and trial preparation.

So stipulated.

Respectfully submitted,

Dated:  August 16, 2006.   BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart
Attorneys for Plaintiffs

Dated:  August 16, 2006.   THELEN REID & PRIEST , LLP

/s/ Christine A. Cantin
Christine A. Cantin
Attorneys for Defendants

## **ORDER**

Based upon the foregoing joint application, and good cause appearing therefor, IT IS HEREBY ORDERED that the litigation schedule is modified as follows:

| | |
|---|---|
| Settlement Conference: | October 30, 2006, 10:00 a.m. |
| | before Judge Beck |
| Discovery Deadline: | October 27, 2006 |
| Non-Dispositive Motion Filing Deadline: | November 3, 2006 |
| Dispositive Motion Filing Deadline: | November 10, 2006 |
| Pre-Trial Conference Date: | December 7, 2006 at 1:30p.m. |
| (was Oct. 5, 2006) | before Judge Snyder |
| Jury Trial Date: | January 22, 2007 * at 9:00a.m. |
| (was Nov. 13, 2006) | before Judge Snyder |

*NOTE: parties had Jan. 15, 2007 for the new Trial date - the Court is closed on Jan. 15, 2007, a Federal holiday.

IT IS SO ORDERED.

**Dated:   August 22, 2006**          **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE