1   BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Elizabeth Brancart (SBN 122092)
    Post Office Box 686
3   Pescadero, CA 94060
    Tel:   (650) 879-0141
4   Fax:   (650) 879-1103

5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  MICHELLE EZELL, et al.,              )   Case No. 1:04-CV-06533-SMS
                                         )
12              Plaintiffs,              )   JOINT APPLICATION AND
                                         )   STIPULATION FOR ISSUANCE
                                         )   OF ORDER CONTINUING
13      vs.                              )   HEARING ON PLAINTIFFS'
                                         )   MOTION TO COMPEL;
14                                       )
    EDWARDS THEATRES, INC.,              )    ORDER
15  et al.,                              )
                                         )
16              Defendants.              )
                                         )
17  _____  )

18

19          The parties hereby apply for and stipulate to issuance of an order continuing

20  the hearing on plaintiffs' motion to compel, now set for December 15, 2006, at

21  9:30 a.m., to January 12, 2007, at 9:30 a.m.  There is good cause to grant this

22  application.  The parties are continuing to seek an informal resolution of the

23  outstanding discovery issues without court intervention, and need several more
    //
24  //
25  //
26  //
27  //
28

1   weeks in order to do that.  That discovery is not needed by plaintiffs to respond to

2   defendants' pending summary judgment motion.

3       SO STIPULATED.

4                                          Respectfully submitted,

5       Dated:   December 7, 2006.          BRANCART & BRANCART

6

7                                          /s/ Elizabeth Brancart
                                           Elizabeth Brancart
8                                          Attorneys for Plaintiffs

9       Dated:   December 7, 2006.          THELEN REID BROWN
10                                          RAYSMAN & STEINER LLP

11

12                                          /s/ Christine A. Kohler
                                           Christine A. Kohler
13                                          Attorneys for Defendants

14                           *   *   *   *   *

15                                  **ORDER**

16       Based upon the foregoing joint application, and good cause appearing

17   therefor, the hearing on plaintiffs' motion to compel discovery is continued to

18   January 12, 2007, at 9:30 a.m. before Judge Snyder.

19

20

21   IT IS SO ORDERED.

**Dated:   December 7, 2006          /s/ Sandra M. Snyder**
22   icido3                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28