Michael R. Lindsay,  CA Bar No. 110845
Christine A. Kohler,  CA Bar No. 211562
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone (213) 576-8000
Facsimile (213) 576-8080

Attorneys for Defendants
EDWARDS THEATRES, INC. and
TURNER SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, and VALERIE EZELL,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARDS THEATRES, INC., and<br>TURNER SECURITY SYSTEMS, INC.,<br><br>Defendants. | Case No.: 1:04-cv-06533-SMS<br><br>**STIPULATION OF THE PARTIES RE FILING OF JUDGMENT AND/OR DISMISSAL AND ORDER THEREON** |

The PLAINTIFFS, MICHELE EZELL and VALERIE EZELL, and the DEFENDANTS EDWARDS THEATRES, INC. and  TURNER SECURITY SYSTEMS, INC., hereby stipulate to and request the Court to order that the date for the filing of a proposed judgment and/or dismissal, currently set by the Court as October 25, 2007 be continued to November 9, 2007 to allow the parties to complete their negotiations concerning a possible resolution of this matter in its entirety. Since receipt of the Court's deadline, the parties have diligently engaged in efforts to resolve these issues and counsel for all parties are of the opinion that the additional time will permit them to

LA #577100 v1                                             -1-

PDF created with pdfFactory trial version www.pdffactory.com

complete this process which may well result in a simplification of the issues remaining to be resolved by the Court. Accordingly they all request that the Court grant this request.

Dated: October 24, 2007                    BRANCART & BRANCART

                                           By _/s Elizabeth Brancart_____
                                           Attorneys for Plaintiffs
                                           MICHELE EZELL and VALERIE EZELL


Dated: October 24, 2007                    THELEN REID BROWN RAYSMAN & STEINER LLP

                                           By _/s Michael R. Lindsay_____
                                           Attorneys for Defendants
                                           EDWARDS THEATRES, INC. and TURNER
                                           SECURITY SYSTEMS, INC.


   Based on the foregoing, and good cause appearing, it is ordered that the date for the parties to file a dismissal and/or a proposed judgment is changed to on or before November 9, 2007.


                                           /s/ Sandra M. Snyder_____
                                           SANDRA M. SNYDER
                                           Magistrate Judge United States District Court

PDF created with pdfFactory trial version www.pdffactory.com