Michael R. Lindsay, CA Bar No. 110845
Christine A. Kohler, CA Bar No. 211562
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone (213) 576-8000
Facsimile (213) 576-8080

Attorneys for Defendants
EDWARDS THEATRES, INC. and
TURNER SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, and VALERIE EZELL,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARDS THEATRES, INC., and<br>TURNER SECURITY SYSTEMS, INC.,<br><br>Defendants. | Case No.: 1:04-cv-06533-SMS<br><br>**STIPULATION OF THE PARTIES RE FILING OF JUDGMENT AND/OR DISMISSAL AND ORDER THEREON** |

The PLAINTIFFS, MICHELE EZELL and VALERIE EZELL, and the DEFENDANTS EDWARDS THEATRES, INC. and TURNER SECURITY SYSTEMS, INC., hereby stipulate to and request the Court to order that the date for the filing of a dismissal, currently set by the Court as November 9, 2007, be continued to December 24, 2007.  On November 7, 2009, this Court issued an order granting the parties a continuance from October 25, 2007 to November 9, 2007 to complete their negotiations concerning a possible resolution of this matter and to file a proposed judgment and/or dismissal.

The parties have now completed those negotiations and reached an agreement that will result in the dismissal of this action, but require additional time to formalize the settlement into a

PDF created with pdfFactory trial version www.pdffactory.com

1  written agreement.  The material terms of the settlement have been negotiated and the parties

2  anticipate that an additional 45 days will provide a sufficient amount of time to formalize that

3  agreement and file the dismissal with this Court.  Accordingly all parties respectfully request that

4  the Court grant this request.

5

6  Dated:  November 9, 2007            BRANCART & BRANCART

7                                                          By  _/s Elizabeth Brancart_____
                                                               Attorneys for Plaintiffs
8                                                              MICHELE EZELL and VALERIE EZELL

9

10 Dated:  November 9, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP

11

12                                                         By  _/s Christine A. Kohler_____
                                                               Attorneys for Defendants
13                                                             EDWARDS THEATRES, INC. and TURNER
                                                               SECURITY SYSTEMS, INC.
14

15

16

17    Based on the foregoing, and good cause appearing, it is ordered that the date for the parties

18 to file a dismissal is changed to on or before  December 28, 2007.

19

20    IT IS SO ORDERED.

21                                                          /s/ Sandra M. Snyder                                        

22                                                         Magistrate Judge United States District Court

23

24

25

26

27

28

LA #580351 v1                                               -2-
                              STIPULATION OF THE PARTIES RE FILING OF DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com