BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE EZELL, et al., | Case No. 1:04-cv-06533-SMS |
| Plaintiffs, | **JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION;** |
| vs. | |
| EDWARDS THEATRES, INC., et al., | **ORDER** |
| Defendants. | |

    The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, subject to the terms of the settlement agreement executed by the parties.

    SO STIPULATED.

    Dated:  December 28, 2007.    BRANCART & BRANCART

/s/ Elizabeth Brancart
Elizabeth Brancart
Attorneys for Plaintiffs

THELEN REID BROWN
  RAYSMAN & STEINER LLP

/s/ Michael R. Lindsay
Michael R. Lindsay
Attorneys for Defendants

## **ORDER**

Based on the foregoing application and stipulation of the parties and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the settlement agreement executed by the parties.

IT IS SO ORDERED.

Dated:   January 4, 2008              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE